UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-205-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER FOR EXAMINATION** |
| | ) | **OF DEFENDANT'S CAPACITY** |
| BRUCE WAYNE VAUGHAN, | ) | |
| Defendant | ) | |

THIS MATTER coming on before the undersigned upon a Motion filed the Defendant requesting this court to issue an order for a mental examination of the Defendant pursuant to 18 U.S.C. § 4241. The court finds that the Defendant's capacity has been questioned by proper motion.

THEREFORE, the Court ORDERS that the Defendant's request to be examined for capacity to proceed pursuant o § 4241 is allowed. The Court will continue this case pending the completion of an evaluation report. In the meantime, the Court recommends that the Defendant be sent to FCI Butner for mental examination, and if necessary, the appropriate medication.

SO ORDERED this 15 day of September, 2021

JAMES C. DEVER III
United States District Judge