IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-205-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRUCE WAYNE VAUGHAN, | ) | |
| | ) | |
| Defendant. | ) | |

On February 24, 2026, defendant filed a letter about credit for time served [D.E. 93]. Defendant MUST follow the administrative process within the federal Bureau of Prisons to get a determination about credit for time served. If unsatisfied with the decision of the Bureau of Prisons, defendant may then seek judicial review. To the extent defendant asks the court to determine whether he gets credit for time served, the court DENIES WITHOUT PREJUDICE the motion [D.E. 93].

SO ORDERED. This 6 day of March, 2026.

JAMES C. DEVER III
United States District Judge